| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Sean M. Kneafsey, Esq. (SBN 180863)<br>Kneafsey Tostado & Associates, LLP<br>800 Wilshire Blvd., Ste. 710<br>Los Angeles, CA 90017<br>Phone: (213) 892-1200<br>Fax:   (213) 891-1208 | FILED<br>2009 NOV 16 PM 2: 57 |
| ATTORNEYS FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PIMCO Funds et al (See Exhibit A),<br><br>Plaintiff(s),<br>v.<br>Residential Accredit Loans, Inc., et al (See Exhibit A),<br>Defendant(s) | SACV09-1345 DOC (ANX)<br><br>**FIRST AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

SEE ATTACHED EXHIBIT A

11/16/09
Date

Sign

Sean M. Kneafsey
Attorney of record for or party appearing in pro per

---
NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

# EXHIBIT A

# EXHIBIT A – NOTICE OF INTERESTED PARTIES

| NO. | PARTY | CONNECTION |
|---|---|---|
| 1. | PIMCO FUNDS | Plaintiff |
| 2. | PIMCO Variable Insurance Trust ("PVIT") on behalf of its Foreign Bond Portfolio and its Global Bond Portfolio | Plaintiff |
| 3. | Allianz Global Investors Luxembourg S.A. for itself and on behalf of Allianz PIMCO CommoditiesPLUS. | Plaintiff |
| 4. | Wilmington Trust Retirement and Institutional Services Company acting as Trustee of the Wilmington Trust Retirement and Institutional Services Company Collective Investment Trust and its PIMCO CommoditiesPLUS Trust II | Plaintiff |
| 5. | Fixed Income Shares for itself and on behalf of its separate investment portfolios Series C and Series R | Plaintiff |
| 6. | PIMCO Absolute Return Strategy V Alpha Fund | Plaintiff |
| 7. | PIMCO Global Relative Value Offshore Fund III Ltd. | Plaintiff |
| 8. | PIMCO PensionPLUS Fund LLC | Plaintiff |
| 9. | PARS Aspire Fund | Plaintiff |
| 10. | PIMCO Absolute Return Strategy II Offshore Fund Ltd., PIMCO Absolute Return Strategy III Offshore Fund Ltd., and PIMCO Absolute Return Strategy V Offshore Fund Ltd. | Plaintiff |
| 11. | Brown Brothers Harriman Trust Company (Cayman) Limited as trustee for PIMCO Bermuda Trust II, an open-ended unit trust established under the laws of Bermuda, and its series trusts, PIMCO Bermuda LIBOR Plus Master Fund, PIMCO Bermuda JGB Floater U.S. Strategy Fund and PIMCO Bermuda JGB Floater Foreign Strategy Fund | Plaintiff |
| 12. | Brown Brothers Harriman Trust Company (Cayman) Limited as trustee for PIMCO Bermuda Trust IV, an open-ended unit trust established under the laws of Bermuda, and its series trusts, PIMCO Bermuda Global Bond Ex-Japan Fund, PIMCO Bermuda Japan Core PLUS Fund, and PIMCO Global High Yield Strategy Fund | Plaintiff |
| 13. | Brown Brothers Harriman Trust Company (Cayman) Limited as trustee for PIMCO Cayman Trust, an open-ended unit trust established under the laws of Bermuda, and its series trusts, PIMCO Cayman | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
|  | Global Aggregate Ex-Japan Bond Fund, PIMCO Cayman Global Aggregate Ex-Japan Income Fund, PIMCO Cayman Global Aggregate Ex-Japan, PIMCO Cayman Global Ex-Japan Bond Fund, PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund, PIMCO Cayman Global Multiple Real Return Fund, PIMCO Cayman Japan CorePLUS Fund, PIMCO Cayman Japan Low Duration Fund, and PIMCO Cayman TOPIX Plus Fund |  |
| 14. | PIMCO Strategic Global Government Fund, Inc. | Plaintiff |
| 15. | PIMCO Luxembourg S.A. on behalf of PIMCO Luxembourg Trust and its sub-funds, Global Bond Fund (NOK Hedged), Global StocksPLUS TR Fund in Euros, and Commodity Real Return Strategy Fund | Plaintiff |
| 16. | PIMCO Distressed Mortgage Fund, L.P. | Plaintiff |
| 17. | PIMCO Australia Pty Ltd. | Plaintiff |
| 18. | PIMCO Europe Ltd. | Plaintiff |
| 19. | PIMCO Global Advisors Limited for itself and on behalf of its Global Investor Series ("GIS") Global Bond, GIS Global Bond Ex-US, GIS Global Real Return, GIS CommoditiesPLUS Strategy Fund, and GIS Mortgage-Backed Securities Fund | Plaintiff |
| 20. | BNY Fund Management (Cayman) Limited as trustee for PIMCO Japan Low Duration Alpha Fund | Plaintiff |
| 21. | Abu Dhabi Retirement Pensions and Benefit Fund | Plaintiff |
| 22. | Julius Baer Investment Fund Services Ltd. for itself and on behalf of AFP Unilever Schweiz | Plaintiff |
| 23. | Allianz Insurance Limited for itself and on behalf of Allianz Hedge Portfolio | Plaintiff |
| 24. | Ameren Services Company for itself and on behalf of Ameren Retirement Plan and Ameren Master Retirement Trust | Plaintiff |
| 25. | Ingersoll Rand Company Limited and its wholly owned subsidiary Trane, successor to American Standard, Inc., for itself and on behalf of American Standard Master Pension and Retirement Trust | Plaintiff |
| 26. | Ariel Reinsurance Company Ltd. for itself and on behalf of its Low Duration | Plaintiff |
| 27. | Artsfare 2006 Trust No. 1 | Plaintiff |
| 28. | Prudential Investments LLC, a New York limited liability company, and American Skandia Investment Services, Inc., a Maryland corporation, as co-managers for and on behalf of American Skandia Trust (AST Advanced Strategies Portfolio) | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
| 29. | Automobile Club of Michigan and Auto Club Insurance Association for themselves and on behalf of Automobile Club of Michigan and Auto Club Insurance Association Retirement Plan for Salaried and Sales Employees | Plaintiff |
| 30. | AXIS Specialty Limited | Plaintiff |
| 31. | Baxter International Inc. for itself and on behalf of Baxter International Inc. and Subsidiaries Incentive Investment Plan Trust | Plaintiff |
| 32. | BayCare Health System | Plaintiff |
| 33. | Verizon Communications, Inc., successor to Bell Atlantic Corporation, for itself and on behalf of Bell Atlantic Master Pension Trust | Plaintiff |
| 34. | Brunei Shell Funds Sendirian Berhad as trustee of Brunei Shell Provident Fund and Brunei Shell Retirement Benefit Fund | Plaintiff |
| 35. | Trustees of The Civil Aviation Authority Pension Scheme on behalf of the Civil Aviation Authority Pension Scheme's ABS Portfolio and Swap Overlay Account | Plaintiff |
| 36. | Capital Guidance (Fund) Ltd. | Plaintiff |
| 37. | Catholic Healthcare Partners for itself and on behalf of Catholic Healthcare Partners Retirement Trust | Plaintiff |
| 38. | Smith Barney Fund Management LLC on behalf of Consulting Group Capital Markets Funds and its series International Fixed Income Investments | Plaintiff |
| 39. | University of Hong Kong | Plaintiff |
| 40. | Civil Aviation Authority of Singapore | Plaintiff |
| 41. | The Consolidated Edison Retirement Plan Master Trust | Plaintiff |
| 42. | Board of Retirement of the Contra Costa County Employees' Retirement Association on behalf of the Contra Costa County Employees' Retirement Association (StocksPLUS) | Plaintiff |
| 43. | Ascension Health for itself and on behalf of Daughters of Charity Fund P | Plaintiff |
| 44. | Allianz Global Investors Kapitalanlagegesellschaft mbH on behalf of Deutsche Shell Pensionen | Plaintiff |
| 45. | Deutsche Bank Americas Holding Corp. for itself and on behalf of Deutsche Bank Cash Account Pension Plan | Plaintiff |
| 46. | Finance Committee of the Board of Trustees of the Directors Guild of America for itself and on behalf of Producer Basic Pension Plan and Producer Supplemental Pension Plan | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
| 47. | Doris Duke Charitable Foundation | Plaintiff |
| 48. | Employees' Retirement Plan of Sentara Health Care | Plaintiff |
| 49. | Enlightenment Partners | Plaintiff |
| 50. | Ewing Marion Kauffman Foundation | Plaintiff |
| 51. | Fairfax County Employees' Retirement System | Plaintiff |
| 52. | Fairfax County Uniformed Retirement System | Plaintiff |
| 53. | Profit Sharing Committee of Freescale Semiconductor, Inc. for itself and on behalf of Freescale Semiconductor Inc. Retirement Savings Trust | Plaintiff |
| 54. | Frontier Communications Corporation Pension Plan for itself and as successor to Citizens Utilities Pension Plan | Plaintiff |
| 55. | Fundo de Pensoes | Plaintiff |
| 56. | Fortis Insurance Belgium, *nka* AG insurance, on behalf of G.A. Fund-L-SICAV – Bond Active World TP | Plaintiff |
| 57. | Promark Global Advisors Limited, formerly GM Asset Management (UK) Limited, for itself and on behalf of GM International Fixed Interest Bonds PFPV | Plaintiff |
| 58. | Promark Investment Advisors Limited, formerly General Motors Investment Management Corporation, for itself and on behalf of GMAM Group Pension Trust I Multi Sector – US/Foreign, GMAM Group Pension Trust II, and GMAM Group Trust I | Plaintiff |
| 59. | Harbor Capital Advisors, Inc. for itself and on behalf of Harbor Real Return Fund | Plaintiff |
| 60. | Hartford Life Insurance Co. (Separate Account ICM Series IV) | Plaintiff |
| 61. | Employees' Retirement System of the State of Hawaii for itself and on behalf of Hawaii Employees' Retirement System and Hawaii Employees' Retirement System Global Portfolio (501542096) | Plaintiff |
| 62. | Hong Kong Polytechnic University | Plaintiff |
| 63. | IBM Corporation for itself and on behalf of IBM Savings Plan | Plaintiff |
| 64. | IBM Corporation for itself and on behalf of IBM Personal Pension Plan Trust | Plaintiff |
| 65. | IBM Retirement Funds EMEA (RFE) for itself and on behalf of IBM Global Strategy Fund | Plaintiff |
| 66. | Intermountain Health Care Health Services Inc. for itself and on behalf of IHC Pension Plan | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
| 67. | Illinois State Universities Retirement System | Plaintiff |
| 68. | Indiana State Teachers' Retirement Fund | Plaintiff |
| 69. | IPAC Asset Management Limited for itself and on behalf of IPAC Multi-Manager Global Bond Fund | Plaintiff |
| 70. | J Sainsbury Common Investment Fund Limited | Plaintiff |
| 71. | J.C. Penney Company, Inc. for itself and on behalf of J.C. Penney Company, Inc. Pension Plan | Plaintiff |
| 72. | JBUT Master Investment Partnership, LLP | Plaintiff |
| 73. | John Hancock Investment Management Services LLC for itself and on behalf of John Hancock Funds II Global Bond Fund and John Hancock Funds II Real Return Bond Fund | Plaintiff |
| 74. | John Hancock Ins. Co. of Vermont for benefit No. 113 | Plaintiff |
| 75. | John Hancock Trust Global Bond Trust | Plaintiff |
| 76. | Johns Hopkins University | Plaintiff |
| 77. | KCRC Retirement Benefit Scheme Unitised Trust | Plaintiff |
| 78. | Kuwait Investment Authority | Plaintiff |
| 79. | Local Government Pensions Institution of Finland | Plaintiff |
| 80. | Longue Vue Partners | Plaintiff |
| 81. | Los Angeles County Metropolitan Transit Authority for itself and on behalf of Los Angeles County Metropolitan Transit Authority Retirement Income Plans | Plaintiff |
| 82. | Mars Pension Trustees Limited | Plaintiff |
| 83. | Massachusetts Mutual Life Ins. Company on behalf of IBM Index Guaranteed Separate Account 1 | Plaintiff |
| 84. | The McClatchy Company, successor to Knight-Ridder, Inc., for itself and on behalf of the Knight-Rider Master Retirement Trust TIPS | Plaintiff |
| 85. | Met Investors Advisory Corporation for itself and on behalf of Met Investors Series Trust (PIMCO Total Return Portfolio) | Plaintiff |
| 86. | MillerCoors Brewing Company, formerly known as Molson Coors, for itself and on behalf of Molson Coors Master Retirement Trust | Plaintiff |
| 87. | Missouri Local Government Employees' Retirement System for itself and on behalf of Missouri LAGERS – Commodity Real Return and Missouri LAGERS – Global Real Return | Plaintiff |
| 88. | Motion Picture Industry Health Plan (Active Member Fund) | Plaintiff |
| 89. | Motion Picture Industry Individual Account Plan | Plaintiff |
| 90. | Annuitas Management Limited for itself and on behalf of Board of Trustees of the National | Plaintiff |

5

| NO. | PARTY | CONNECTION |
|---|---|---|
|  | Provident Fund – F Fund of the Global Asset Trust |  |
| 91. | Nebraska Investment Counsel for itself and on behalf of State of Nebraska Pension and State of Nebraska Endowment | Plaintiff |
| 92. | Nestlé USA, Inc. for itself and on behalf of Nestlé USA, Inc. Master Retirement Trust | Plaintiff |
| 93. | The Comptroller of the City of New York as custodian of the funds of the New York City Employees' Retirement System, Teachers' Retirement System of the City of New York, New York City Fire Department Pension Trust, and New York City Board of Education Retirement System | Plaintiff |
| 94. | NiSource Inc. Master Retirement Trust for itself and on behalf of Retirement Plan of Columbia Energy Group Companies | Plaintiff |
| 95. | NTUC Income Insurance Co-operative Limited | Plaintiff |
| 96. | Ohio Operating Engineers Pension Fund | Plaintiff |
| 97. | Petroleum Development Oman L.L.C. for itself and on behalf of Omani Staff Pension Fund | Plaintiff |
| 98. | Orange County Employees' Retirement System | Plaintiff |
| 99. | Oregon Investment Council on behalf of Oregon Public Employees Retirement Fund | Plaintiff |
| 100. | Oregon Retail Employees' Pension Trust | Plaintiff |
| 101. | Pacific Life Insurance Company for itself and on behalf of Pacific Select Fund | Plaintiff |
| 102. | Pacific Life Insurance Company for itself a on behalf of Pacific Funds, a Delaware Business Trust, and its separate series Managed Bond Fund and Inflation Managed Fund | Plaintiff |
| 103. | Porsche Business Services Inc. | Plaintiff |
| 104. | Pension Fund of the Christian Church (Disciples of Christ), Inc. | Plaintiff |
| 105. | Public Employees' Retirement System of Mississippi | Plaintiff |
| 106. | Pfizer Inc. by and through its Plan Assets Committee, the Investment Committee and the Global Benefits Investment Committee and on behalf of Pfizer Master Trust (Pension TIPS Portfolio) | Plaintiff |
| 107. | Pacific Gas and Electric Company for itself and on behalf of Pacific Gas and Electric Company Retirement Plan Master Trust | Plaintiff |
| 108. | Phelps Dodge Corp. for itself and on behalf of Phelps Dodge Corporation Master Trust | Plaintiff |
| 109. | Premier Health Partners for itself and on behalf of | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
|  | Premier Health Partners Operating Investment Program |  |
| 110. | Primone Inc., Primtwo Inc., Primthree Inc., Primfour Inc., Primfive Inc., and Primsix Inc. | Plaintiff |
| 111. | Producer – Writers Guild of America Pension Plan | Plaintiff |
| 112. | Dow Chemical Company for itself and on behalf of its subsidiary Union Carbide Corporation and Union Carbide Employees' Pension Plan (Prudential Ins. Co. Group Annuity GA-5298) | Plaintiff |
| 113. | R.R. Donnelley & Sons Company for itself and on behalf of Retirement Benefit Trust of R.R. Donnelley & Sons Company | Plaintiff |
| 114. | Railways Pension Trustee Company Limited | Plaintiff |
| 115. | RCM, formerly Dresdner RCM Global Investors LLC, for itself and on behalf of Dresdner RCM Global Investors Commingled Funds LLC and its series RCM Fixed Income Fund | Plaintiff |
| 116. | StocksPLUS Management, Inc. for itself and on behalf of Red River HyPi, L.P. | Plaintiff |
| 117. | Southern California Retail Clerks Union and Food Employers Joint Pension Trust Fund | Plaintiff |
| 118. | Samaritan Insurance Funding Limited | Plaintiff |
| 119. | Board of Retirement of the San Diego County Employees' Retirement Association (Core Plus and Real Return accounts) | Plaintiff |
| 120. | Finance Committee of the Schlumberger Master Profit Sharing Trust for and on behalf of Schlumberger Master Profit Sharing Trust | Plaintiff |
| 121. | Screen Actors Guild – Producers Pension Plan | Plaintiff |
| 122. | Sentara Healthcare | Plaintiff |
| 123. | Sierra Pacific Resources for itself and on behalf of Sierra Pacific Resources Retirement Plan | Plaintiff |
| 124. | Sisters of Charity of Leavenworth Health System | Plaintiff |
| 125. | Specialforeningen ATP Invest II (Global High Yield Bond II), c/o Nykredit Portefølje Administration | Plaintiff |
| 126. | The Northern Trust Company of Connecticut, as trustee for Sprint Master Trust (Enhanced Indexation) | Plaintiff |
| 127. | SSM Health Care Portfolio Management Company | Plaintiff |
| 128. | Stanford University by and through the Stanford Management Company on behalf of the Merged Endowment Pool | Plaintiff |
| 129. | State Retirement Agency for itself and on behalf of State Retirement and Pension System of Maryland | Plaintiff |
| 130. | Stichting Blue Sky Active Global Inflation-Linked | Plaintiff |

7

| NO. | PARTY | CONNECTION |
|---|---|---|
|  | Bond Fund |  |
| 131. | Stichting Bedrijfstakpensionenfonds voor de Metalektro (PME) | Plaintiff |
| 132. | Stichting Dow Pensioenfonds | Plaintiff |
| 133. | APG Asset Management U.S. Inc. for itself and on behalf of Stichting Pensioenfonds ABP (Index Linked Bonds) | Plaintiff |
| 134. | Sun Life Assurance Company of Canada (U.S.) (Variable Account H) | Plaintiff |
| 135. | SYSCO Corporation SYSCO Corporation for its self and on behalf of SYSCO Corporation Retirement Plan | Plaintiff |
| 136. | Tower Asset Management Limited for itself and on behalf of Global Bond Fund and the International Bond Fund of the TAM Group Investment Fund | Plaintiff |
| 137. | Prudential Investments LLC for itself and on behalf of The Target Portfolio Trust International Bond Portfolio | Plaintiff |
| 138. | Teachers' Retirement System of Oklahoma | Plaintiff |
| 139. | The Salvation Army | Plaintiff |
| 140. | Transamerica Fund Advisers, Inc. for itself and on behalf of TA IDEX PIMCO Real Return TIPS, a separate series of Transamerica IDEX Mutual Funds | Plaintiff |
| 141. | Transamerica Fund Advisers, Inc. for itself and on behalf of IDEX PIMCO Total Return, a separate series of Transamerica IDEX Mutual Funds | Plaintiff |
| 142. | Transamerica Fund Advisers, Inc. for itself and on behalf of PIMCO Total Return (ATST) | Plaintiff |
| 143. | Trustees of The Civil Aviation Authority Pension Scheme | Plaintiff |
| 144. | United Food and Commercial Workers International Union–Industry Pension Fund (Blended Portfolio) | Plaintiff |
| 145. | Southern California United Food and Commercial Workers Unions and Food Employers Joint Pension Trust Fund (StocksPLUS) | Plaintiff |
| 146. | General Board of Pension and Health Benefits of the United Methodist Church | Plaintiff |
| 147. | Morely Financial Services, Inc. on behalf of Union Bond and Trust Co. - The Actively Managed Fund | Plaintiff |
| 148. | Dow Chemical Company for itself and on behalf of its wholly owned subsidiary Union Carbide Corporation and Union Carbide Employees' Pension Plan | Plaintiff |
| 149. | USAA Benefits Investment Committee on behalf of the USAA Master Trust, Pension and RSP (Long | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
|  | Duration) and on behalf of the USAA Master Trust, Pension and SIP (Real Return) |  |
| 150. | Valero Energy Corporation for itself and on behalf of Valero Energy Corporation Pension Plan | Plaintiff |
| 151. | Van Leer Group Foundation | Plaintiff |
| 152. | International City Management Association Retirement Corporation for itself and on behalf of Vantage Trust (PLUS Fund) | Plaintiff |
| 153. | The Prudential Company of America for itself and on behalf of VCA-GI-7 Diversified Mortgage Index Account and on behalf of VCA-GI-7 – MLP Account | Plaintiff |
| 154. | Verizon Investment Management Corporation for itself and on behalf of Verizon Communications Inc. Master Savings Trust | Plaintiff |
| 155. | Victorian Funds Management Corp. for itself and on behalf of Victorian WorkCover Authority | Plaintiff |
| 156. | Investment and Administrative Committee of The Walt Disney Co. Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan Master Trust for itself and on behalf of The Walt Disney Company retirement Plan Master Trust | Plaintiff |
| 157. | The Harry and Jeanette Weinberg Foundation, Inc. | Plaintiff |
| 158. | Galliard Capital Management for itself and on behalf of Wells Fargo Bank Investment Funds for Employee Benefit Trust | Plaintiff |
| 159. | Wheaton Franciscan Services, Inc. Investment Trust | Plaintiff |
| 160. | Workers' Compensation Reinsurance Association | Plaintiff |
| 161. | Wyoming State Treasurer's Office | Plaintiff |
| 162. | Xcel Energy Inc. for itself and on behalf of Xcel Energy Inc. Voluntary Employees' Beneficiary Trust for Retired Bargaining Unit Employees | Plaintiff |
| 163. | MLC Investments Limited as trustee for National Corporate Investments Trust | Plaintiff |
| 164. | Equity Trustees Limited for itself and on behalf of the following funds, PIMCO Global Real Return Fund, PIMCO Global CommodityRealReturn Fund, PIMCO Target Return Fund, PIMCO International Fixed Interest Trust, and MLC - Global | Plaintiff |
| 165. | National Railroad Retirement Investment Trust | Plaintiff |
| 166. | Employee Benefit Plans Investment Policy Committee on behalf of MeadWestvaco Corporation Retirement Plan for Salaried Employees | Plaintiff |

| NO. | PARTY | CONNECTION |
|---|---|---|
| 167. | International Paper Company for itself and on behalf of the Retirement Plan of International Paper Company and certain other pension plans of International Paper Company | Plaintiff |
| 168. | Teachers' Retirement System of The State of Illinois is an entity organized under Illinois law with its principal place of business in Springfield, Illinois | Plaintiff |

## DEFENDANTS

| No. | PARTY | CONNECTION |
|---|---|---|
| 169. | Residential Accredit Loans, Inc. | Defendant |
| 170. | Residential Funding Company, LLC | Defendant |
| 171. | RALI 2006-Q06 Trust | Defendant |
| 172. | RALI 2006-Q03 Trust | Defendant |
| 173. | Goldman, Sachs & Co., Inc. | Defendant |
| 174. | UBS Securities LLC | Defendant |