JS-6
(Stayed)

KNEAFSEY TOSTADO & ASSOCIATES LLP
Sean M. Kneafsey (SBN 180863)
skneafsey@KTAlaw.com
Michele B. Friend (SBN 203865)
mfriend@KTAlaw.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Telephone:   (213) 892-1200
Facsimile:   (213) 892-1208

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIMCO FUNDS, PIMCO VARITHE MANAGED MUTUAL FUNDS AND PIMCO CLIENTS LISTED IN EXHIBIT "A"<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL FUNDING COMPANY, LLC, FORMERLY KNOWN AS RESIDENTIAL FUNDING CORPORATION; RALI 2006-Q06 TRUST; RALI 2006-Q03 TRUST; GOLDMAN, SACHS & CO.; and UBS INVESTMENT BANK<br><br>Defendants. | Case No. SACV09-1345 DOC (ANx)<br><br>**ORDER STAYING PROCEEDINGS AND ESTABLISHING DEFENDANTS' RESPONSE DATES**<br><br>NOTE: CHANGES MADE BY THE COURT |

On December 15, 2009, the Court was advised that the Parties had reached a settlement in this above-captioned matter, and that the Parties expected the settlement to close within thirty days. The Court therefore ORDERS as follows:

1. All proceedings are stayed in this case for a period of thirty days from the entry of this Order.

2. It is further ordered that this action is removed from the Court's active

-1-
ORDER STAYING PROCEEDINGS AND ESTABLISHING
DEFENDANTS' RESPONSE DATES

-2-

caseload, subject to the right, upon good cause shown by **January 29, 2010**, to reopen the action if settlement is not consummated. Counsel shall file a stipulated dismissal with this Court by **January 29, 2010**. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

3. Defendants' date to answer, move, or otherwise plead in response to the Amended Complaint is also stayed, pending further order of the Court.

SIGNED this 17th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE