KNEAFSEY TOSTADO & ASSOCIATES LLP
Sean M. Kneafsey (SBN 180863)
skneafsey@KTAlaw.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Telephone: (213) 892-1200
Facsimile: (213) 892-1208

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIMCO FUNDS, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL FUNDING COMPANY, LLC, FORMERLY KNOWN AS RESIDENTIAL FUNDING CORPORATION; RALI 2006-Q06 TRUST; RALI 2006-Q03 TRUST; GOLDMAN, SACHS & CO.; and UBS SECURITIES LLC <br><br> Defendants. | Case No. SACV09-1345 DOC (ANx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)** |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Pursuant to the Settlement Agreement reached among the parties, Plaintiffs hereby voluntarily dismiss, with prejudice, all claims made in the above-captioned action. No Defendant has answered, appeared, or filed a motion for summary

-1-

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE

judgment. Pursuant to Rule 41(a), therefore, this dismissal is effective without further order of the Court.

DATED: January 12, 2009                    KNEAFSEY TOSTADO & ASSOCIATES LLP

By: /s/ Sean Kneafsey
Sean Kneafsey  *Kathy Patrick by permission*
Attorneys for PIMCO FUNDS, et al.

Of Counsel:

Kathy Patrick
Scott Humphries
GIBBS & BRUNS LLP
1100 Louisiana Suite 5300
Houston, TX 77002
(713) 650-8805
Fax: (713) 750-0903

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Voluntary Dismissal with Prejudice has been served on all counsel of record on this 19th day of January, 2010.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 800 Wilshire Blvd., Suite 710, Los Angeles, California 90017.

On January 19, 2010, I served the foregoing: **NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

*See Attached Service List*

[X] **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT MAIL)** by placing the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered via messenger service to the addressee(s) on the service list.

[ ] **(BY E-MAIL)** I caused the documents to be sent by e-mail to the e-mail addresses identified on the service list.

[ ] **(BY FACSIMILE)** I transmitted such documents from our facsimile machine number (213) 892-1208 to the person(s) at the facsimile numbers listed on the service list. Said transmission was reported as complete and without error. A copy of the transmission report which was properly issued by the transmitting facsimile machine is attached hereto.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 19, 2010, in Los Angeles, California.

Katrina Perez

- 3 -

NOTICE OF VOLUNTARY DISMISSAL,
WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)

**SERVICE LIST**

| | |
|---|---|
| Norman Feit, Esq.<br>Goldman, Sachs & Co.<br>1 New York Plaza<br>37th Floor<br>New York, NY 10004<br><br>and<br><br>Howard J. Kaplan, Esq.<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue<br>New York, NY 10022 | Attorneys for Goldman, Sachs & Co. |
| Greg Walker, Esq.<br>John Moon, Esq.<br>UBS AG<br>1285 6th Avenue<br>New York, NY 10019<br><br>and<br><br>Nicholas J. Boyle, Esq.<br>Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, DC 20005 | Attorneys for UBS |
| Hu Benton, Esq.<br>GMAC ResCap<br>7501 Wisconsin Avenue<br>Bethesda, MD 20814<br><br>and<br><br>Robert A. Neaton, Esq.<br>GMAC Legal Department<br>200 Renaissance Center<br>Detroit, MI 48265 | Attorneys for RESIDENTIAL ACCREDIT LOANS, INC.<br><br>and<br><br>RESIDENTIAL FUNDING COMPANY, LLC: |
| Kelli Stenstrom, Esq.<br>Lynne Malina, Esq.<br>Deutsche Bank AG, NY Branch, Legal Dept<br>60 Wall Street<br>New York, NY 10005<br><br>and<br><br>Kristine Bailey, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105 | Attorneys for DEUTSCHE BANK TRUST COMPANY AMERICAS on behalf of itself and the RALI 2006-QO3 and RALI 2006-QO6 TRUSTS |